UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DAYS INNS WORLDWIDE, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**PRAMUKH HOSPITALITY, LLC, et al.,**<br><br>Defendants. | Civ. No. 16-00319 (WJM)<br><br><br>**ORDER & JUDGMENT** |

**THIS MATTER** comes before the Court on Plaintiff's motion for default judgment. For the reasons expressed in the accompanying opinion; and for good cause shown;

**IT IS** on this 15th day of June 2016, hereby**,**

**ORDERED** that Plaintiff's motion for default judgment is **GRANTED** and that final judgment is entered in favor of Plaintiff Days Inns Worldwide, Inc. and against Defendants Pramukh Hospitality, LLC, Mahendra Patel, and Atul Patel in the total amount of $78,776.29, which comprises recurring fees and prejudgment interest.

/s/ William J. Martini
**WILLIAM J. MARTINI, U.S.D.J.**